# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ASHLEY FUNK; OTIS HARRISON, A MINOR, BY HIS GUARDIAN AMY LEE; LILIAN MCINTYRE, A MINOR, BY HER GUARDIAN JENNIFER MCINTYRE; REKHA DHILLON-RICHARDSON, A MINOR, BY HER GUARDIAN JASKIRAN DHILLON; AUSTIN FORTINO, A MINOR, BY HIS GUARDIAN RUTH FORTINO; DARIUS ABRAMS, A MINOR, BY HIS GUARDIAN ELAINE ABRAMS; KAIA LUNA ELINICH, A MINOR, BY HER GUARDIAN ARIANNE ELINICH, | No. 88 MAP 2016<br><br>Appeal from the Order of the Commonwealth Court dated July 26, 2016 at No. 467 MD 2015 dismissing with prejudice the Second Amended Petition for Review Seeking Declaratory and Mandamus Relief |
| Appellants | |
| v. | |
| TOM WOLF, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF PENNSYLVANIA; PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; JOHN QUIGLEY, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION; PENNSYLVANIA ENVIRONMENTAL QUALITY BOARD; JOHN QUIGLEY, IN HIS OFFICIAL CAPACITY AS CHAIRPERSON OF THE ENVIRONMENTAL QUALITY BOARD; PENNSYLVANIA PUBLIC UTILITY COMMISSION; GLADYS M. BROWN, IN HER OFFICIAL CAPACITY AS CHAIRPERSON OF THE PUBLIC UTILITY COMMISSION; PENNSYLVANIA DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES; CINDY ADAMS DUNN, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE PENNSYLVANIA DEPARTMENT OF | |

CONSERVATION AND NATURAL : 
RESOURCES; PENNSYLVANIA : 
DEPARTMENT OF TRANSPORTATION; : 
LESLIE S. RICHARDS, IN HER OFFICIAL : 
CAPACITY AS SECRETARY OF THE : 
PENNSYLVANIA DEPARTMENT OF : 
TRANSPORTATION; PENNSYLVANIA : 
DEPARTMENT OF AGRICULTURE; : 
RUSSELL C. REDDING, IN HIS OFFICIAL : 
CAPACITY AS SECRETARY OF THE : 
DEPARTMENT OF AGRICULTURE, : 
: 
    Appellees   :

## **ORDER**

**PER CURIAM**        **DECIDED: March 28, 2017**

  **AND NOW,** this 28th day of March, 2017, the order of the Commonwealth Court is AFFIRMED.